IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Smith & Jones Janitorial Supplies and Equipment, Inc., | ) ) ) | C/A No.: 3:13-cv-1486-JFA |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Ultra Chem USA, Inc., and Micro Chemical Manufacturing and Supplies USA, Inc., | ) ) ) ) ) | |
| Defendants. | ) ) | |

The court has considered Plaintiff's and Defendants' submissions regarding this court's June 12, 2013 order granting Defendants' Motions for Pro Hac Vice. The court sees no reason to disturb that order.

IT IS SO ORDERED.

July 16, 2013                                  Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge