IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Smith & Jones Janitorial Supplies and Equipment, Inc., | C/A No. 3:13-cv-01486-JFA |
| Plaintiff, | ORDER |
| vs. | |
| Ultra Chem USA, Inc.; Micro Chemical Manufacturing and Supplies USA, Inc.; John Shieh; and Chris Shieh, | |
| Defendants. | |

Plaintiff has filed an emergency motion seeking leave to videotape the de bene esse deposition of Steve Focht, which is currently scheduled for Wednesday, August 27, 2014. ECF No. 123. Based upon this court's familiarity with the difficulties in scheduling the deposition of this witness who might be important to both parties in this case, it appears that a video deposition would be in the best interest of all parties to the case and in the interest of justice. For the foregoing reasons, the motion is granted and the de bene esse deposition shall be videotaped.

IT IS SO ORDERED.

August 25, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge